**Local Form 4A**  **December 2017**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. **18-50316** |
| **Johnny Wilson Hayes, xxx-xx-7583** | ) | |
| **Selena Martin Hayes, xxx-xx-3393** | ) | |
| | ) | |
| TIN: | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## AMENDMENT TO CHAPTER 13 PLAN
## AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN
## FOR CASES FILED ON OR AFTER DECEMBER 1, 2017

Check if applicable to this plan amendment:

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2)** | ☐ Included | ☑ Not Included |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4)** | ☐ Included | ☑ Not Included |
| 1.3 | **Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5)** | ☐ Included | ☑ Not Included |
| 1.4 | **Request for assumption of executory contracts and/or unexpired leases (Part 6)** | ☐ Included | ☑ Not Included |
| 1.5 | **Nonstandard provisions** | ☐ Included | ☑ Not Included |

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

- **Valuations of Family Residence located at 4597 Hickory Nut Ridge Rd., Granite Falls, NC 28630, Caldwell County is amended from $611,000.00 to $634,500.00 {Ref. Sections 3.1 and 3.2].**

- **Except as specifically amended above or by prior amendment filed in this case, all provisions of the Debtors' Chapter 13 Plan dated and filed June 27, 2018 (refiled July 3, 2018) remain unchanged and are incorporated herein by reference.**

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the Debtor's proposed Plan as amended, or if you want the Court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

**Cases filed in the Charlotte or Shelby Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Statesville Division:**
Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677
Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Asheville or Bryson City Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 21 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. **No hearing will be held unless an objection to confirmation is filed**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A)**.

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

Dated: 8/13/2018

/s/ Johnny Wilson Hayes
**Johnny Wilson Hayes**
Debtor's Signature

Dated: 8/13/2018

/s/ Selena Martin Hayes
**Selena Martin Hayes**
Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

Dated: 8/14/2018

/s/ Jimmy R. Summerlin, Jr.
**Jimmy R. Summerlin, Jr.**
Attorney for Debtor

Software Copyright (c) 1996-2018 Best Case, LLC. - www.bestcase.com                                        Best Case Bankruptcy