# United States Bankruptcy Court
## Western District of North Carolina

IN RE:   JOHNNY WILSON HAYES AND SELENA MARTIN HAYES

CASE NO:   18-50316

### QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING DECEMBER 31, 2018.

**DISBURSEMENTS***

1. MONTH | DISBURSEMENTS
   JANUARY | $16,256.22
   FEBRUARY | $13,581.66
   MARCH | $7,635.84
   TOTAL DISBURSEMENTS FOR QUARTER | $37,473.72

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. § 1930(a)(6)   $650.00

3. QUARTERLY FEE PAID   $650.00
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)   $0.00

I, Johnny Wilson Hayes, the Debtor-In-Possession declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 5/17/19                   _____
                                 For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and capacity   Johnny W. Hayes
of person signing this
Declaration.)                      Debtor-In-Possession

The check for payment of the quarterly fee should be attached to the original of this Quarterly Fee Statement filed with the clerk of court.
*For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.