# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**    **JOHNNY WILSON HAYES AND SELENA MARTIN HAYES**

**CASE NO:**   **18-50316**

**Reporting Period:**

**FROM:**   _07-04-19_

**TO:**   _08-05-19_

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of _14_ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: _8/16/19_ _____
Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: _9/26/19_ _____
Attorney for Debtor   _Reviewed, but not verified._

NARRATIVE ON PROGRESS OF CASE:

_Disclosure Statement and Plan filed 7-25-19._

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE: _07-04-19_          AMOUNT: $ 3,489.10

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| Pay Roll | 10,928.45 | Inventory Purchased | |
| | | Salaries/Wages | |
| | | Taxes (Total) | 210.51 |
| | | Insurance (Total | 1,485.28 |
| | | Unsecured Loan Payments | |
| | | Utilities (Total) | 534.14 |
| | | ~~Rent~~ Home / Home Equity | 2,181.58 |
| | | Professional Fee | |
| | | Maintenance/Repair | 113.89 |
| | | Maintenance/Repair | |
| | | OTHER DISBURSEMENTS (List) | |
| | | Clothing | 1,068.92 |
| | | Doctor | 205.00 |
| | | Food / House Hold | 2,914.73 |
| | | Birthday supplies + Gift for Daughter | 374.93 |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | 10,928.45 | TOTAL DISBURSEMENTS | 9,088.98 |

**ENDING CASH POSITION**

DATE: _08-05-19_          AMOUNT: $ 5,328.57

## PAYMENTS TO SECURED CREDITORS

\_\_\_\_    No Secured Debt

\_\_\_\_    No Secured Debt Payments Made During Reporting Period

✓    All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
| Pinnacle | Home | 7-19-19 | $776.51 |
| Pinnacle | Home | 7-25-19 | 405.07 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT |  |

## PAYMENTS ON PRE-PETITION DEBT

✓    No payments have been made on pre-petition unsecured debt during the reporting period.

\_\_\_\_    All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| None |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |

**Non-Insider Employees:**
Type (i.e., Salaried, Wage)                                            AMOUNT PAID

| | |
|---|---|
| None | $ |
| | $ |
| | $ |
| | $ |

**Commission/Bonus Payments:**

| | |
|---|---|
| None | $ |
| | $ |
| | $ |
| | $ |

**Independent Contractors:**

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| None |      | $ |
|      |      | $ |
|      |      | $ |
|      |      | $ |

**Total       Salary/Wage/Commission/**
**Payments**                                            $  0.00

* "Insider" is defined in 11U.S.C. Sec101(31)

# SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of:  _N/A_

(Date of Reporting Period)

II.  Sales (gross) During Reporting Period:  $_____

III. Collections of Accounts Receivable
During Reporting Period:  $_____

IV.  New Accounts Receivables Generated
During Reporting Period:  $_____

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $ | $ | $ |
| 31-60 DAYS | $ | $ | $ |
| 61-90 DAYS | $ | $ | $ |
| 91-120 DAYS | $ | $ | $ |
| 120 DAYS AND OVER | $ | $ | $ |
| TOTAL | $ | $ | $ |

# INVENTORY (Cost Basis)

Beginning Date:  _N/A_          Ending Date:  _____

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE\*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
|  | $ | $ | $ | $ | $ |
| TOTALS | $ | $ | $ | $ | $ |

\* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

# ACCRUED POST-PETITION LIABILITIES

✓  No accrued liabilities existed at the end of this reporting period.

___  All accrued liabilities existing at the end of this reporting period are listed below or on the sheet (s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                                 $_____

# BANK ACCOUNTS

> ALL BANK STATEMENTS MUST BE ATTACHED
>
> FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE
>
> AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.
>
> ATTACH BANK STATEMENT TO CORRESPONDING PAGE.

**Name of Bank:** First Citizens Bank

**Address:** 436 Central Street

Street and/or P. O. Box Number

Hudson          NC          28638

City                  State          Zip Code

**Type of Account:**
(i.e., Payroll, Tax, Operating): Checking

**Account Number:** 4367

**DATE PERIOD BEGINS:** 07-04-19

| | |
|---|---|
| Ending Balance (per the attached bank statement for this period) | $ 5,328.57 |
| Outstanding Deposits and Other Credits Not On Statement | $ 0 |
| Outstanding Checks and Other Debits Not On Statement | $ 0 |
| Ending Reconciled Balance* | $ 5,328.57 |

**DATE PERIOD ENDS:** 08-05-19

Highest Daily Balance During Above Period $ 7,438.54

*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash Receipts and Disbursements page.

 **FirstCitizensBank**

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

ZE
751

13228
JOHN W HAYES
SELENA M HAYES
CHAPTER 11 DEBTORS IN POSSESSION
4597 HICKORY NUT RIDGE RD
GRANITE FALLS NC 28630-8207

**Your Account(s) At A Glance**

**Checking**
**Balance**          5,328.57+

Statement Period: July 4 , 2019   Thru August 5 , 2019          Account Number 867

## Select Checking

Account Number : 867                     Enclosures In Statement:  0

| | | |
|---|---|---|
| **Beginning Balance** | 3,489.10+ | |
| 3  Deposits | 10,928.45+ | Statement Period Days | 33 |
| 0  Other Credits | 0.00 | Average Ledger Balance | 6,185.00+ |
| 0  Checks | 0.00 | | |
| 121 Other Debits | 9,088.98- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | 5,328.57+ | | |

## Deposits To Your Account

| Date | Description | Amount |
|---|---|---|
| 07-05 | Customer Deposit | 4,649.65 |
| 07-19 | Customer Deposit | 4,649.65 |
| 08-01 | Customer Deposit | 1,629.15 |
| | Total | 10,928.45 |

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 07-05 | POS Signature- Visa #3289 Captain Ds 35207323462 Hudson Tn | 5.33 |
| 07-05 | POS Signature- Visa #3180 Bojangles 699 Hudson NC | 15.35 |
| 07-05 | POS Signature- Visa #3180 Hams Restaurant - Hick Hickory NC | 50.03 |
| 07-05 | POS Signature- Visa #3289 Rackroomshoes.Com 800-3069309 NC | 95.12 |
| 07-05 | POS Signature- Visa #3180 Baton Water Corporatio Granite Falls NC | 120.27 |
| 07-05 | Purchase    Visa #3289    07-04 ATM 628450   Seq # 13551 | 203.60 |
| | Ingles Markets    2630 Conlex Spri Nggranite Fa Ll | |
| 07-05 | POS Signature- Visa #3289 Ncdmv Reg 028 Lenoir Raleigh NC | 210.51 |
| 07-08 | Purchase    Visa #3289    07-08 ATM 204660   Seq # 16534 | 5.11 |
| | Wendys #0066    3075 Hickory Blv Hudson    NC | |
| 07-08 | Purchase    Visa #3180    07-07 ATM 003    Seq # 31914 | 13.87 |
| | Netflix Com    Netflix Com Los Gatos Ca | |
| 07-08 | POS Signature- Visa #3180 McDonald's F30505 Hickory NC | 17.13 |
| 07-08 | POS Signature- Visa #3289 1 Fuji Japanese Seafoo Hudson NC | 18.77 |
| 07-08 | POS Signature- Visa #3289 Sub Station Ii Hickory NC | 19.31 |
| 07-08 | POS Signature- Visa #3289 Pizza Hut #3406 Granite Falls NC | 21.35 |
| 07-08 | POS Signature- Visa #3180 Basil's Pizza North Myrtle SC | 45.67 |
| 07-08 | POS Signature- Visa #3289 Plato's Closet #80536 Hickory NC | 86.67 |
| 07-09 | POS Signature- Visa #3289 1 Fuji Japanese Seafoo Hudson NC | 10.66 |

 Direct Customer Inquiry Calls To
FIRST CITIZENS DIRECT
Telephone Banking At 1-888-323-4732.

## Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|-------:|
| 07-09 | Purchase     Visa #3289     07-09 ATM 508700   Seq # 79888 | 33.39 |
|  | Wm Supercenter    Wal-Mart Super C N Myrtle Bea SC | |
| 07-09 | POS Signature- Visa #3289 Kickbackjacks 43 Hickory NC | 34.33 |
| 07-09 | Purchase     Visa #3289     07-08 ATM 628450   Seq # 30792 | 244.32 |
|  | Ingles Markets    2630 Conlex Spri Nggranite Fa Ll | |
| 07-10 | POS Signature- Visa #3289 Cook Out North Myrtle North Myrtle SC | 6.61 |
| 07-10 | POS Signature- Visa #3289 Fuddruckers Of Briarcl Myrtle Beach SC | 46.42 |
| 07-11 | POS Signature- Visa #3289 Bojangles 202301020239 Wadesboro NC | 5.45 |
| 07-11 | POS Signature- Visa #3289 The Shack North Myrtle SC | 46.65 |
| 07-11 | POS Signature- Visa #3289 Basil's Pizza North Myrtle SC | 48.54 |
| 07-11 | Aliera Healthcar Web Pmts W0Spzb | 790.90 |
| 07-12 | Purchase     Visa #3289     07-12 ATM 477900   Seq # 55731 | 6.47 |
|  | T J Maxx #1405    1570 Highway 17  N N Myrtle B Ch | |
| 07-12 | POS Signature- Visa #3289 The Seafood Hut Carolina Shor NC | 69.82 |
| 07-15 | POS Signature- Visa #3289 Peaches N Cream Wadesboro NC | 3.50 |
| 07-15 | Purchase     Visa #3289     07-14 ATM 518335   Seq #  1836 | 4.28 |
|  | Raceway6744    Raceway6744    Hickory   NC | |
| 07-15 | Purchase     Visa #3180     07-13 ATM 235163   Seq # 61255 | 8.54 |
|  | Shell Service S   Shell Service St Charlotte    NC | |
| 07-15 | Purchase     Visa #3180     07-14 ATM 999999   Seq # 19139 | 16.30 |
|  | Walgreens Store    Walgreens Store  Connelly Spr NC | |
| 07-15 | POS Signature- Visa #3289 Sq *the Honey Hog Rest Mount Holly NC | 51.57 |
| 07-15 | POS Signature- Visa #3180 T J Maxx #1405 N Myrtle Bch SC | 65.83 |
| 07-15 | POS Signature- Visa #3289 Plato's Closet #80536 Hickory NC | 69.55 |
| 07-15 | Purchase     Visa #3180     07-13 ATM 017    Seq # 53147 | 117.55 |
|  | Plato's Closet    10215 University  Ccharlotte  NC | |
| 07-16 | POS Signature- Visa #3289 1 Fuji Japanese Seafoo Hudson NC | 4.79 |
| 07-16 | Purchase     Visa #3289     07-15 ATM 260357   Seq # 60889 | 20.55 |
|  | Food Lion #0357    Food Lion #0357  Hudson     NC | |
| 07-16 | POS Signature- Visa #3289 Pizza Hut #3406 Granite Falls NC | 24.54 |
| 07-16 | POS Signature- Visa #3289 Hams Restaurant - Hick Hickory NC | 51.33 |
| 07-16 | National General Payment *******67-00 | 103.98 |
| 07-17 | POS Signature- Visa #3180 Coca Cola Lawrencevill Lawrenceville Ga | 1.75 |
| 07-17 | POS Signature- Visa #3289 Fairvalue #1 Granite Falls NC | 19.94 |
| 07-17 | POS Signature- Visa #3289 El Pancho Villa Granite Falls NC | 60.00 |
| 07-17 | Purchase     Visa #3289     07-17 ATM 628450   Seq # 49263 | 79.74 |
|  | Ingles Markets    2630 Conlex Spri Nggranite Fa Ll | |
| 07-17 | POS Signature- Visa #3180 Blue Ridge Electric Blueridgeemc. NC | 100.00 |
| 07-17 | Transamerica Ins Inspayment ******5633 | 85.57 |
| 07-18 | Purchase     Visa #3180     07-18 ATM 093828   Seq # 62204 | 6.61 |
|  | Burger King #12    2790 Hickory Bou Hudson   NC | |
| 07-18 | Purchase     Visa #3180     07-18 ATM 260357   Seq # 74183 | 14.50 |
|  | Food Lion #0357    Food Lion #0357  Hudson     NC | |
| 07-18 | Purchase     Visa #3180     07-18 ATM 001    Seq # 35128 | 74.48 |
|  | Party City 1062    1942 Catawba Val Lehickory NC | |
| 07-18 | Purchase     Visa #3180     07-18 ATM 999999   Seq # 35954 | 175.39 |
|  | Target T-1181 1    Target T-1181 19 Hickory   NC | |
| 07-19 | Purchase     Visa #3180     07-19 ATM 093828   Seq # 62368 | 4.59 |
|  | Burger King #12    2790 Hickory Bou Hudson   NC | |
| 07-19 | POS Signature- Visa #3289 1 Fuji Japanese Seafoo Hudson NC | 7.84 |
| 07-19 | POS Signature- Visa #3180 Bojangles 699 Hudson NC | 15.35 |
| 07-19 | Purchase     Visa #3289     07-18 ATM 097280   Seq # 60664 | 43.72 |
|  | Morgamont Rural    1227 Burkemont A Vemorganton NC | |
| 07-19 | POS Signature- Visa #3180 Sq *mountaineer Med Hudson NC | 65.00 |
| 07-19 | Purchase     Visa #3180     07-18 ATM 212947   Seq # 27737 | 68.31 |
|  | Barnesnoble    2405 Hwy 70 S.E. Hickory NC | |
| 07-19 | Pinnacle Financi Online Pmt Tran#36 | 1,776.51 |
| 07-22 | Purchase     Visa #3289     07-21 ATM 009Tj2   Seq # 75635 | 2.14 |
|  | Citgo Food Mart    Citgo Food Mart Morganton   NC | |
| 07-22 | POS Signature- Visa #3289 McDonald's M4662 Of NC Lincolnton NC | 2.14 |
| 07-22 | Purchase     Visa #3289     07-19 ATM 633050   Seq # 19255 | 3.47 |
|  | Dollar General    1721 Connelly Sp Rilenoir NC | |
| 07-22 | POS Signature- Visa #3180 Bojangles 699 Hudson NC | 7.45 |
| 07-22 | POS Signature- Visa #3289 Cook Out Morganton Morganton NC | 8.51 |
| 07-22 | POS Signature- Visa #3289 Hams Restaurant - Hick Hickory NC | 9.41 |
| 07-22 | Purchase     Visa #3289     07-19 ATM 569914   Seq # 28880 | 11.45 |
|  | Ingles Gas Exp    2630 Connelly Fall NC | |
| 07-22 | Purchase     Visa #3289     07-19 ATM 569914   Seq # 14635 | 12.50 |
|  | Ingles Gas Exp    2630 Connelly Sp Granite Fall NC | |
| 07-22 | Purchase     Visa #3289     07-22 ATM 204660   Seq # 17372 | 14.60 |
|  | Wendys #0066    3075 Hickory Blv Hudson    NC | |

 **FirstCitizensBank**

13228

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

JOHN W HAYES
SELENA M HAYES
CHAPTER 11 DEBTORS IN POSSESSION
4597 HICKORY NUT RIDGE RD
GRANITE FALLS NC 28630-8207



Statement Period: July 4 , 2019   Thru August 5 , 2019        Account Number :        4367

# Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|-------:|
| 07-22 | Purchase      Visa #3289     07-19 ATM 441000   Seq # 11544 | 17.05 |
|       | Wm Supercenter     Wal-Mart Super C Granite Fall NC | |
| 07-22 | POS Signature- Visa #3289 Sub Station II Hickory NC | 23.38 |
| 07-22 | POS Signature- Visa #3289 Marias Italian Eatery Morganton NC | 51.77 |
| 07-22 | Purchase      Visa #3289     07-19 ATM 628450   Seq # 22185 | 58.79 |
|       | Ingles Markets     2630 Conlex Spri Nggranite Fa Ll | |
| 07-22 | POS Signature- Visa #3289 Sq *blanca's Cakes Hudson NC | 130.13 |
| 07-22 | POS Signature- Visa #3180 Accessone Medcard Fort Mill SC | 140.00 |
| 07-23 | POS Signature- Visa #3289 McDonald's F35607 Granite Falls NC | 14.18 |
| 07-23 | POS Signature- Visa #3289 Bojangles 699 Hudson NC | 14.59 |
| 07-23 | POS Signature- Visa #3180 Mi Carreta Lenoir NC | 43.15 |
| 07-23 | Directv Online Pmt Tran#40 | 200.00 |
| 07-24 | POS Signature- Visa #3289 Captains Galley Seafoo Granite Falls NC | 9.55 |
| 07-24 | POS Signature- Visa #3289 1 Fuji Japanese Seafoo Hudson NC | 18.77 |
| 07-24 | POS Signature- Visa #3289 Frankies Pizza Of Gran Granite Falls NC | 26.63 |
| 07-25 | POS Signature- Visa #3289 Subway 00203885 Lenoir NC | 14.91 |
| 07-25 | POS Signature- Visa #3289 El Pancho Villa Granite Falls NC | 40.00 |
| 07-25 | POS Signature- Visa #3180 Blue Ridge Electric Blueridgeemc. NC | 100.00 |
| 07-25 | Pinnacle Financi Online Pmt Tran#37 | 405.07 |
| 07-26 | Purchase      Visa #3289     07-25 ATM 125866   Seq # 28730 | 9.06 |
|       | Advance Auto Pa    3938 Hickory Blv D Granite Fa Ll | |
| 07-26 | Purchase      Visa #3289     07-25 ATM 125866   Seq # 42658 | 12.59 |
|       | Advance Auto Pa    3938 Hickory Blv D Granite Fa Ll | |
| 07-26 | POS Signature- Visa #3180 Zaxby's #33301 Morganton NC | 39.98 |
| 07-26 | Purchase      Visa #3180     07-26 ATM 125866   Seq # 73171 | 48.52 |
|       | Advance Auto Pa    3938 Hickory Blv D Granite Fa Ll | |
| 07-29 | POS Signature- Visa #3289 McDonald's F30505 Hickory NC | 3.62 |
| 07-29 | Purchase      Visa #3289     07-29 ATM 049630   Seq # 1962 | 4.23 |
|       | Stoltzfus Meats    14 Center Street Intercourse P | |
| 07-29 | POS Signature- Visa #3289 Subway 00176875 Valdese NC | 5.65 |
| 07-29 | POS Signature- Visa #3289 Subway 00176875 Valdese NC | 8.74 |
| 07-29 | POS Signature- Visa #3180 McDonald's F35607 Granite Falls NC | 23.21 |
| 07-29 | POS Signature- Visa #3180 Firehouse Subs #155 Lenoir NC | 28.36 |
| 07-29 | POS Signature- Visa #3289 Crossroads Restaurant Taylorsville NC | 30.00 |
| 07-29 | Purchase      Visa #3289     07-28 ATM 242334   Seq # 72684 | 33.23 |
|       | Wal-Mart #2334    2034 Lincoln Hwy Lancaster  Pa | |
| 07-29 | POS Signature- Visa #3289 Hogwild Barbeque Llc Granite Falls NC | 37.09 |
| 07-29 | Purchase      Visa #3289     07-27 ATM 628450   Seq # 40667 | 224.52 |
|       | Ingles Markets     2630 Conlex Spri Nggranite Fa Ll | |
| 07-30 | POS Signature- Visa #3289 Taco Bell 034832 Salem Va | 8.54 |
| 07-30 | POS Signature- Visa #3289 Bojangles 865 01008655 Hildebran NC | 15.77 |
| 07-30 | POS Signature- Visa #3289 Taco Bell 034832 Salem Va | 20.62 |
| 07-30 | POS Signature- Visa #3289 Goodwill Keystone Area Lancaster Pa | 62.43 |
| 07-30 | Purchase      Visa #3289     07-29 ATM 002      Seq # 90403 | 62.48 |
|       | Converse # 3767    Converse # 3767  Lancaster   Pa | |
| 07-31 | POS Signature- Visa #3289 Julius Sturgis Pretzel Lititz Pa | 10.00 |
| 07-31 | POS Signature- Visa #3289 Texas Roadhouse #2035 Lancaster Pa | 57.40 |
| 08-01 | Purchase      Visa #3180     07-31 ATM 082261   Seq # 83405 | 18.71 |
|       | American Eagle    American Eagle O Hershey   Pa | |
| 08-01 | Purchase      Visa #3180     07-31 ATM 002      Seq # 3598 | 36.00 |
|       | Hanesbrands     Hanesbrands     Hershey   Pa | |
| 08-01 | Purchase      Visa #3289     07-31 ATM 082261   Seq # 63036 | 39.30 |
|       | American Eagle    American Eagle O Hershey   Pa | |
| 08-01 | POS Signature- Visa #3289 Plato's Closet #80572 Lancaster Pa | 213.00 |
| 08-02 | POS Signature- Visa #3289 Fareharbor Ronks Pa | 62.00 |
| 08-05 | POS Signature- Visa #3289 Subway 04056388 Lancaster Pa | 7.82 |
| 08-05 | POS Signature- Visa #3289 Burger King #4546 Lancaster Pa | 8.48 |
| 08-05 | Purchase      Visa #3289     08-03 ATM 999999   Seq # 8906 | 17.99 |
|       | Target T-2072 2   Target T-2072 23 Lancaster   Pa | |
| 08-05 | POS Signature- Visa #3289 McDonald's F32086 Martinsburg WV | 28.14 |
| 08-05 | POS Signature- Visa #3289 Strasburg Beer Mart Strasburg Pa | 34.50 |

Statement Period: July 4 , 2019    Thru August 5 , 2019                                    367

## Other Debits From Your Account

| Date | Description | Amount |
|------|-------------|--------|
| 08-05 | Purchase       Visa #3180       08-05 ATM 729600    Seq # 43801 | 38.01 |
|       | Wm Supercenter    Wal-Mart Super C Hudson       NC | |
| 08-05 | POS Signature- Visa #3289 El Pancho Villa Granite Falls NC | 54.49 |
| 08-05 | POS Signature- Visa #3289 Pizza City Strasburg Pa | 55.17 |
| 08-05 | POS Signature- Visa #3180 Nike Lancaster 116 Lancaster Pa | 92.72 |
| 08-05 | Purchase       Visa #3180       08-05 ATM 260357    Seq #  6892 | 106.74 |
|       | Food Lion #0357    Food Lion #0357   Hudson        NC | |
| 08-05 | POS Signature- Visa #3289 Peaceful Valley Amish Intercourse Pa | 232.14 |
| 08-05 | Stonemark Inc Ins. Pmnt. ****-**2935 | 504.83 |
|       | Total | 9,088.98 |

|  | Total Statement Cycle | Total Year-To-Date |
|--|-----------------------|--------------------|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Insufficient Funds Fees | 0.00 | 0.00 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-05 | 7,438.54+ | 07-17 | 4,977.79+ | 07-29 | 5,486.70+ |
| 07-08 | 7,210.66+ | 07-18 | 4,706.81+ | 07-30 | 5,316.86+ |
| 07-09 | 6,887.96+ | 07-19 | 7,375.14+ | 07-31 | 5,249.46+ |
| 07-10 | 6,834.93+ | 07-22 | 6,882.35+ | 08-01 | 6,571.60+ |
| 07-11 | 5,943.39+ | 07-23 | 6,610.43+ | 08-02 | 6,509.60+ |
| 07-12 | 5,867.10+ | 07-24 | 6,555.48+ | 08-05 | 5,328.57+ |
| 07-15 | 5,529.98+ | 07-25 | 5,995.50+ | | |
| 07-16 | 5,324.79+ | 07-26 | 5,885.35+ | | |

# FirstCitizensBank

13228

Statement Period: July 4 , 2019    Thru August 5 , 2019          Account Number : ████367

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | |
|---|---|
| 1 | $ |
| 2 | +$ |
| 3 | =$ |
| 4 | - $ |
| 5 | =$ |

### A. Deposits/Credits

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total Amount | |

### B. Outstanding Checks/Debits

| Number | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Total Amount | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**How to Compute Interest Charges on Your Line of Credit.** We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by 365. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.** Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).** If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) Account information: Your name and account number. (2) Dollar amount: The dollar amount of the suspected error. (3) Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).** This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.** If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.** To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.** If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

 **FirstCitizensBank**

Statement Period: July 4 , 2019    Thru August 5 , 2019          Account Number :    [barcode]367

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).**          If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

**Credit Limit.**          When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected.  If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.**          The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

# AFFIRMATIONS

1.   Yes __✓__   No _____    All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes __✓__   No _____    All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes _____   No _____    All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes __✓__   No*_____    All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes __✓__   No _____    New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes __✓__   No _____    New DIP financial books and records have been opened and are being maintained monthly and are current.

\*      If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.